1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10
11
12
13
14
15
16

| | |
|---|---|
| HECTOR ANDERSON,<br><br>       Plaintiff,<br><br>v.<br><br>SCOTT KERNAN, et al.,<br><br>       Defendants. | **Case No. 1:19-cv-00255-JLT (PC)**<br><br>**ORDER DENYING AS MOOT PLAINTIFF'S MOTIONS FOR LEAVE TO AMEND**<br><br>**(Docs. 12-13)**<br><br>**THIRTY-DAY DEADLINE** |

17       Plaintiff moves for leave to amend his complaint. Because plaintiff may amend his

18  complaint once as a matter of course, <u>see</u> Fed. R. Civ. P. 15(a)(1), the Court DENIES his motions

19  as moot. Plaintiff shall submit his amended complaint within thirty days from the date of this order.

20
21  IT IS SO ORDERED.

22    Dated:  __**September 25, 2019**__          _____**/s/ Jennifer L. Thurston**
                                                   UNITED STATES MAGISTRATE JUDGE
23
24
25
26
27
28

1