8  UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR ANDERSON,<br><br>  Plaintiff,<br><br>  v.<br><br>SCOTT KERNAN, et al.,<br><br>  Defendants. | **Case No. 1:19-cv-00255-JLT (PC)**<br><br>**ORDER**<br><br>**(1) GRANTING MOTION FOR EXTENSION OF TIME;**<br><br>**(2) GRANTING MOTION FOR COURT ORDER; AND**<br><br>**(3) DENYING MOTION TO PROVIDE CASE INITIATING DOCUMENTS**<br><br>**(Docs. 5, 8, 14)** |

Presently pending are several motions filed by Plaintiff. He first seeks an extension of time to file his application to proceed in forma pauperis. (Doc. 5.) Good cause appearing, this motion will be granted, and Plaintiff's motion to proceed in forma pauperis will be deemed timely filed. In support of this motion, Plaintiff seeks an order directing the California Department of Corrections to provide a certified copy of his prisoner trust fund account statement. (Doc. 8.) This request, too, will be granted. Lastly, Plaintiff moves for re-service of case initiating documents, which he claims were not delivered to him. (Doc. 14.) This request will be granted.

Accordingly, the Court ORDERS as follows:

1. Plaintiff's motion for extension of time (Doc. 5) is GRANTED;

2. Plaintiff's motion for court order (Doc. 8) is GRANTED; and

3. Plaintiff's motion to provide case initiating documents (Doc. 14) is GRANTED. The Clerk of Court is directed to re-serve the case initiating documents on Plaintiff.

IT IS SO ORDERED.

Dated: __September 25, 2019__      ____/s/ Jennifer L. Thurston____
                                                           UNITED STATES MAGISTRATE JUDGE