UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR ANDERSON, <br><br> Plaintiff, <br><br> v. <br><br> H. ANGLEA, <br><br> Defendant. | Case No. 1:19-cv-0255-NONE-JLT (PC) <br><br> **ORDER TO SHOW CAUSE** <br><br> **FOURTEEN-DAY DEADLINE** |

After a waiver of service was returned executed on defendant Hunter Anglea, Warden of the Sierra Conservation Center, this case was referred to the Post-Screening Alternative Dispute Resolution Project, and the case was stayed for 90 days to allow the parties to investigate the plaintiff's claims, meet and confer and participate in a settlement conference. The Deputy Attorney General was given the option of moving to opt out of this project if, after investigating plaintiff's claims and speaking with plaintiff, and after conferring with defense counsel's supervisor, counsel found in good faith that a settlement conference would be a waste of resources. In the absence of a motion to opt out, the Deputy Attorney General was directed to contact the Courtroom Deputy Clerk within 35 days to schedule a settlement conference.

To date, the Deputy Attorney General has not moved to opt out of the project and has not contacted the Courtroom Deputy Clerk to schedule a settlement conference. The Court notes that there has been no appearance by the Deputy Attorney General on behalf of defendant. Accordingly,

1

the Court **ORDERS** as follows:

1. Defendant is directed to show cause within fourteen days why he should not be sanctioned for failure to comply with a court order; and
2. The Clerk of Court is directed to serve a copy of this order on the following:
    a. **Warden Hunter B. Anglea**
       Sierra Conservation Center
       5100 O'Byrnes Ferry Road
       Jamestown, CA 95327
    b. **Monica Anderson**
       Supervising Deputy Attorney General
       Office of the Attorney General
       1300 "I" Street
       Sacramento, CA 94244-2919.

IT IS SO ORDERED.

Dated:  **October 14, 2020**          **/s/ Jennifer L. Thurston**
                                       UNITED STATES MAGISTRATE JUDGE