UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR ANDERSON,<br><br>    Plaintiff,<br><br>    v.<br><br>H. ANGLEA,<br><br>    Defendant. | Case No. 1:19-cv-0255-JLT (PC)<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO UPDATE COURT AND PARTIES**<br><br>**(Doc. 35)** |

Plaintiff has filed a document titled "Motion to update court and parties." (Doc. 35.) Upon review, it appears that this document is simply a notice of plaintiff's intent to participate in the Court's post-screening ADR Project. Because plaintiff is not moving the Court for any relief, this motion is **DENIED** as moot.

IT IS SO ORDERED.

Dated:   **December 3, 2020**            /s/ Jennifer L. Thurston
                                  UNITED STATES MAGISTRATE JUDGE