# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR CLARENCE ANDERSON,<br><br>            Plaintiff,<br><br>v.<br><br>H. ANGLEA,<br><br>            Defendant. | 1:19-cv-00255-JLT (PC)<br><br>**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM FOR REMOTE APPEARANCE OF HECTOR CLARENCE ANDERSON, CDCR NO. BA-7102**<br><br>DATE: August 26, 2021<br>TIME: 2:30 p.m. |

HECTOR CLARENCE ANDERSON, CDCR #BA-7102, is a necessary participant in court proceedings on August 26, 2021, and is confined at California State Prison, R.J. Donovan Correctional Facility (480), in the custody of the Warden. To secure the inmate's attendance, a Writ of Habeas Corpus ad Testificandum shall issue commanding the custodian of the prison to produce the inmate before Magistrate Judge Sheila K. Oberto, United States District Court, Eastern District of California, by Zoom video conference on August 26, 2021, at 2:30 p.m.

### ACCORDINGLY, THE COURT ORDERS:

1. A Writ of Habeas Corpus ad Testificandum shall issue under the seal of this Court, commanding the Warden to produce the inmate named above to appear for proceedings in United States District Court at the date and time above, by Zoom video conference, until completion of the proceedings or as ordered by the Court; and

2. The custodian is ordered to notify the Court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To:**    The Warden of California State Prison, R.J. Donovan Correctional Facility (480)

**WE COMMAND** you to produce the inmate named above to appear before Judge Oberto on the date and time above, by Zoom video conference, until completion of the proceedings or as ordered by the Court.

**FURTHER**, you are ordered to notify the Court of any change in custody of the inmate and to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:   **August 2, 2021**                    _/s/ Jennifer L. Thurston_
                                                CHIEF UNITED STATES MAGISTRATE JUDGE