UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR CLARENCE ANDERSON,<br><br>                    Plaintiff,<br><br>     v.<br><br>H. ANGLEA,<br><br>                    Defendant. | Case No. 1:19-cv-00255-JLT (PC)<br><br>**ORDER CANCELLING SETTLEMENT CONFERENCES AND DISCHARGING WRITS OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE HECTOR CLARENCE ANDERSON, CDCR NO. BA-7102**<br><br>(Docs, 85, 87) |

On August 2, 2021, Plaintiff filed a notice of appeal, challenging the Court's order of July 22, 2021, (Doc. 84), denying Plaintiff's second motion for an injunction and motion to amend the pleadings. (Doc. 88.) Therefore, the Court **CANCELS** the pre-settlement conference scheduled for August 26, 2021, 2:30 p.m., and the post-discovery settlement conference scheduled for September 2, 2021, 10:00 a.m. (*See* Doc. 63.)

Because these proceedings are cancelled, Plaintiff's remote appearance is no longer necessary. Therefore, the Court **DISCHARGES** the writs of habeas corpus ad testificandum commanding the warden of California State Prison, R.J. Donovan Correctional Facility (480) to produce inmate Hector Clarence Anderson, CDCR # BA-7102, before Magistrate Judge Sheila

///

///

///

K. Oberto for video conferences on August 26, 2021, at 2:30, and September 2, 2021, at 10:00 a.m. (Docs. 85, 87.)

IT IS SO ORDERED.

    Dated: __August 4, 2021__    _____ /s/ Jennifer L. Thurston
                                            CHIEF UNITED STATES MAGISTRATE JUDGE